JANUARY 11, 2002

No. 01–463. UNITED STATES v. FIOR D'ITALIA, INC. C. A. 9th Cir. Certiorari granted. Petitioner's brief is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 25, 2002. Respondent's brief is to be filed with

the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 27, 2002. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 15, 2002. This Court's Rule 29.2 is suspended in this case.